Submitted on record and briefs September 26, reversed and remanded with instructions October 25, 1995

In the Matter of the Suspension of
the Driving Privileges of

Gregory L. SHANNON,
*Appellant,*

*v.*

MOTOR VEHICLES DIVISION,
*Respondent.*

(CV 910780; CA A73572)

904 P2d 201

Jeffrey C. Hollen and Richardson, Ouderkirk & Hollen filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janie M. Burcart filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded with instructions to remand to Motor Vehicles Division for reconsideration in the light of *State v. Nagel,* 320 Or 24, 880 P2d 451 (1994), and *State v. Fish,* 321 Or 48, 893 P2d 1023 (1995).